UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80148-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD PLATTEN,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL,
NOTICE OF UNAVAILABILITY AND
MOTION TO CONTINUE TRIAL DATE TO A DATE CERTAIN
ON OR AFTER AUGUST 17, 2009**

Defendant, Donald Platten, through undersigned counsel, hereby requests this Honorable Court to enter an Order on Motion for Substitution of Counsel, Notice of Unavailability and Motion to Continue Trial Date to a Date Certain on or after August 17, 2009 and as grounds states herein as follows.

1. Undersigned counsel, Michael S. Pasano and the law firm of Carlton Fields hereby move to substitute as counsel of record Frank Rubino, Esq. on behalf of Defendant, Donald Platten for purposes of trial in this case, assuming this Court is willing to continue the case and reset trial. All future pleadings and correspondence shall be directed to Michael S. Pasano, Esq. at Carlton Fields at the address listed below, if the Court so approves.

2. Undersigned counsel appreciates that this Court is anxious that this matter come to trial forthwith. Unfortunately, undersigned counsel, Michael S. Pasano, is not available until August to try this case. We anticipate using all of June to analyze documents and interview potential defense witnesses. During the month of July 2009, undersigned counsel will be outside of South Florida due to a prepaid family vacation and his obligations as former Chair of the American

Bar Association Criminal Justice Section and his required attendance at the American Bar Association Annual Meeting in Chicago.

3. Under all the circumstances, undersigned counsel respectfully requests a sixty (60) day continuance of the trial set in this case in order for undersigned to transition into this case and to be properly prepared for trial. Accordingly, we request that this Court grant a continuance of the present trial date and reset the case for a date certain for trial to commence on or after August 17, 2009.

4. Undersigned counsel has spoken to Government Counsel, AUSA Kenneth Vert who states that the Government does not oppose the substitution of undersigned counsel nor the granting of the continuance of trial in this case to a date certain to commence on or after August 17, 2009. Mr. Vert noted that he is not available in August until August 17.

WHEREFORE, Defendant Donald Platten, respectfully requests this Honorable Court grant undersigned counsel's motion to be substituted from Frank Rubino, Esq. and to grant Mr. Rubino's previous motion to withdraw and to grant a sixty (60) day continuance of trial to a date certain to commence on or after August 17, 2009.

Respectfully submitted,

s/ Michael S. Pasano
Florida Bar No. 0475947
E-mail: mpasano@carltonfields.com
Paul A. Calli, Esq.
Florida Bar No. 0994121
E-mail: pcalli@carltonfields.com
Marissel Descalzo, Esq.
Florida Bar No. 669318
E-mail: mdescalzo@carltonfields.com
CARLTON FIELDS
100 S.E. 2nd Street
4000 International Place
Miami, Florida 33131-2114
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Attorneys for Defendant Donald Platten

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed via electronic mail with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to the following on this 27th day of May, 2009.

AUSA Kenneth C. Vert
United States Attorney's Office
99 N.E. 4th Street
4th Floor
Miami, Florida 33132

Steven D. Grimberg
United States Department of Justice
601 D Street, NW
Suite 7922
Washington, DC 20004

s/ Michael S. Pasano

3
Carlton Fields, P.A.
4000 International Place - 100 Southeast Second Street - Miami - Florida 33131-2114 - 305.530.0050